```
Law Offices of Mark Shmorgon
Mark Shmorgon, SBN: 255939
5015 Madison Ave., Suite A
Sacramento, CA 95841
Tel: (916) 640-7599
Fax: (916) 244-4448
shmorgonlaw@gmail.com

Attorney for Debtor(s)
DAVINA CALAVANO
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO AND MODESTO DIVISIONS

In re:

DAVINA CALAVANO,

              Debtor(s).

Case No. 21-20174-A-13C

In Chapter 13

### ORDER CONFIRMING PLAN

The Chapter 13 plan filed on <u>January 20, 2021</u> of the above-named debtor(s) has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor(s) plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The debtors shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtors' address;

RECEIVED
March 18, 2021
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006945987

2. The debtors shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtors; and

3. The debtors shall appear in court whenever notified to do so by the court.

**IT IS FURTHER ORDERED** that the attorney's fees for the debtor's attorney in the full amount of $4,000.00 are approved, $0.00 of which was paid prior to the filing of the petition. The balance of $4,000.00, provided that the attorney and debtors have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the trustee from plan payments at the rate specified in the confirmed plan.

**IT IS FURTHER ORDERED** that the plan payment shall be $1,050.00 per month for month 1 and $1,080.00 per month for months 2 through 36.

3-18-2021

*/s/ Neil Enmark*
Approved by the Chapter 13
Trustee as to form.

DATED: BY THE COURT

**Dated:** March 18, 2021

*/s/ Fredrick E. Clement*
Fredrick E. Clement
United States Bankruptcy Judge